# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dorene E. Lee-Glasper fka Dorene E. Lee | CHAPTER 13 |
| Debtor | BKY. NO. 16-16882 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC, and index same on the master mailing list.

Re: Loan # Ending In: 7249

                                           Respectfully submitted,

                                           **/s/Denise Carlon, Esquire**
                                           Denise Carlon, Esquire
                                           Thomas Puleo, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322  FAX (215) 627-7734