# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 16-16882-JKF

    DORENE E. LEE-GLASPER

    5616 Hazel Avenue

    Philadelphia, PA 19143

        Debtor

## **CERTIFICATE OF SERVICE**

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DORENE E. LEE-GLASPER

    5616 Hazel Avenue

    Philadelphia, PA 19143

Counsel for debtor(s), by electronic notice only.

    RICHARD F. WEINSTEIN
    9 EAST ATHENS AVE
    SUITE 9-D
    ARDMORE, PA 19003-

Date: 12/1/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee