# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-16882-JKF

DORENE E. LEE-GLASPER

5616 Hazel Avenue

Philadelphia, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DORENE E. LEE-GLASPER

    5616 Hazel Avenue

    Philadelphia, PA 19143

Counsel for debtor(s), by electronic notice only.

    RICHARD F. WEINSTEIN
    705 WEST HAVERFORD RD STE 1

    BRYN MAWR, PA 19010-3128

Date: 1/27/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee