# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 16-16882-JKF

DORENE E. LEE-GLASPER

5616 Hazel Avenue

Philadelphia, PA 19143

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DORENE E. LEE-GLASPER

    5616 Hazel Avenue

    Philadelphia, PA 19143

**Counsel for debtor(s), by electronic notice only.**
    RICHARD F. WEINSTEIN
    705 WEST HAVERFORD RD STE 1

    BRYN MAWR, PA 19010-3128

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 2/8/2017

                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee