Case 16-16882-jkf    Doc 46    Filed 06/24/17    Entered 06/25/17 01:02:21    Desc Imaged
                        Certificate of Notice    Page 1 of 3

```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                              Case No. 16-16882-jkf
Dorene E. Lee-Glasper                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Jun 22, 2017
                              Form ID: pdf900           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
```
db             +Dorene E. Lee-Glasper,    5616 Hazel Avenue,    Philadelphia, PA 19143-1936
cr             +Wilmington Trust, National Association, not in its,    Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
13799669       +Aspire,   Pob 105555,    Atlanta, GA 30348-5555
13799670       +Bank of America,    7105 Corporate Drive,    Plano, TX 75024-4100
13799672       +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13823305       +Denise Carlon Esquire,    c/o Ditech Financial LLC,    701 Market Street ste 500,
                 Philadelphia Pa 19106-1538
13875015       +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
13799673        Francis S. Hallinan, Esquire,    Phelan, Hallinan,    1617 John F. Kennedy Boulevard,
                 Suite 1400,    Philadelphia, PA 19103-1814
13867578        Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13839848       +MIDLAND FUNDING LLC,    PO BOX 2011,   WARREN, MI 48090-2011
13817940       +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13864626       +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jun 23 2017 01:08:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2017 01:07:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2017 01:08:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2017 01:05:46      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13799671       +E-mail/Text: ebn@squaretwofinancial.com Jun 23 2017 01:08:06      Cach Llc/Square Two Financial,
                 Attention: Bankruptcy,    4340 South Monaco St.   2nd Floor,    Denver, CO 80237-3485
13863788       +E-mail/Text: bankruptcy@cavps.com Jun 23 2017 01:08:04      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13799674       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2017 01:05:38      Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13799675       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 23 2017 01:07:20      Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
13848827        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 23 2017 01:05:32
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13799676       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 23 2017 01:05:32      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13799677       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 23 2017 01:07:54      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13799678       +E-mail/Text: bankruptcydepartment@tsico.com Jun 23 2017 01:08:42      Nco Fin/09,
                 Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
13799679        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2017 01:12:03
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13872442        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2017 01:12:12
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13800633        E-mail/PDF: rmscedi@recoverycorp.com Jun 23 2017 01:05:31
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13799680        Syncb/lord & Tay
13799681        Thelma Yvonne Lee
cr*            Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern, PA   19355-0701
                                                                                TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Jun 22, 2017
                              Form ID: pdf900           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2014-2 bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          RICHARD F. WEINSTEIN    on behalf of Debtor Dorene E. Lee-Glasper rfwlaw1@comcast.net
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DORENE E. LEE-GLASPER          Chapter 13

Debtor          Bankruptcy No. 16-16882-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: June 22, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RICHARD F. WEINSTEIN
705 WEST HAVERFORD RD STE 1

BRYN MAWR, PA 19010-3128

Debtor:
DORENE E. LEE-GLASPER

5616 Hazel Avenue

Philadelphia, PA 19143